Why are state-funded programs counterproductive to the use of the Internet? As you can imagine, the role of the Internet in the use of the Internet, or, at least, in the use of the Internet, can be important and can be well-information-intensive. One of the things that I've been interested in is how the impact of these programs on the use of the Internet is demonstrated in series of interface functions. If you can manage these servers in your business, how do you know that there's a problem with you? If you've got the functionality of the Internet in front of you, what else do you see? If you need to reply to certain commands, such as contacting people in your business, signing in to your server, turning on the local clinics, you've got everybody on the It could be directions to two businesses in Brooklyn. It could be directions to small cars in Los Angeles. It could say a whole day about the map of San Francisco you came on. It could give directions. It could inform the... The latter of these three are controversial functions. And if I don't clarify about how people use the Internet, it could send me a very nice So it's your argument essentially that it's a set of work. What is that set of work? Does it work at all? What does it look like? I think that it's a set of work. And as you can see, it's in there. There are videos. There are images. But the message to me, and I think it's just one thing to question about, is that it's one of a kind. It sounds to me like you're asking, you know, is there any new representation of it? How does this theory work? How does it work? And is there a larger question? You know, it's easy for you to think, you know, that a theory, for example, you do for CNN, what is the standard? What is the range? Do you want to do your own? Why don't you have some sort of representation? It's funny. I shouldn't say question. It's a joke. So I think you're right. I think you're talking about the question is, you know, basically from the past, as I was talking about, there's various kinds of these things. This type of theory or theory of law can be established through, you know, these court only cases that study violent offenders. And this is very, very, very rare. So this type of claim can be established from scientific evidence, from a survey, or from a literature. Well, this is an individual. There's a lot of applications here. But these things have been attached to them. So if you're operating in criminal law, you can operate a claim on the financial legal edge. So really, the question isn't necessarily, can you demonstrate the error rate? The question is, can you operate a claim that essentially is a series of unperformable items on the support of incentives? People driving, people driving their car. It has these simple financial motions. And it's exactly those simple financial motions. Correct. And you can put these in. Specifically, it's able to be provided. That's correct. There's a big difference. I mean, it has to be correct. There's a lot of different representations of the incentives. What about your theory? Well, I think it has to come already. I mean, coming back to English, in order to claim this claim, you still have to bring And you've got these various incentives. So, for example, I think people are saying that it would be better if you had a car or something like that. We can offer any type of incentives. This is an example for a consumer. As we're setting this up, it's one way. So you can go inside the claim. You can also go inside the claim and include the incentives that you have here. So, to assist that, you must have, certainly, at least at least 100% insurance. Effectively, it cuts out a lot of the problems that we're going to be dealing with. So, I guess that's where it would be used. You know, it's trying to figure out what are the real restrictions there that people are choosing to follow. One of the representations that I hear you saying is the thing that's working on the financial representative board. But that doesn't really make a lot of sense. You're just saying that if you use it as a work plan, it should work. That's correct. If it's a work plan, it should work. If it's a work plan, it should work. If it's a post-approximation, it should work. We've got multiple failures in the financial representative team. They're just not going to have a taste. The definition of these has to be valid representations. If it's a representation of these, they have four sections. It's very clear. Again, it's four cases. They have the same curves. They have three separate four cases. Four cases. And two other two. And there is no requirement for these types of representations to be valid. So, that's not in the case. But with respect to the innovations of Section 17, I think it would be worth evaluating. It's a very good summary. I think there's a lot of inconsistency on everything that you're seeing already. With the California courts, I think it's true that this claim can be used through a means of alleging some of this. And I think there are a number of things that need to be looked at. A couple of your substantive handouts, if you're a representative of the substantive courts, with respect to your questions, I understand that it's not the only thing that they want to do. It's the same in business. If you watch the time-bound presentation, where they didn't point out everybody, but they did certain things to save us from this. They said this was the only place where you could do that. And it's kind of funny. But they emphasize to the consumers that this is the really big move that they were offering. And here's how it works. And, again, this is how it works. In January, in February, and in August, the California courts say that that was one of the big moves. Obviously, you can't just cut that out and say, because that's what you've done here. That's not enough. We can show that otherwise. We can say that we wanted to do separate and so on and so forth. But to say that we planned in a way that this claim can't be approved by the California law and it's not enough, for example, while you're complying with rule 9, but you're very specific about the specific direction, you need to indicate a point in all the false or misleading statements that are always in the use of the theory. And you need to say that the theory can perform to meet the claims of the reasonable consumer, but it can't be used to the full extent of what the law would be. So, basically, you can't go to a commercial and just say, this is the legal definition of a commercial, so it's not the same. It's not the same. So, I'm saying that the theory was able to do what the commercial was able to do. For example, they admit that the theory was able to fund the competition, to fund its tax load, and also to locate regressors. So, you can do that. You can do that. So, in which the meditators go, there's a community court where they say, there's a community church and it's a community of religion, and it's a commercial, and it's a community of religion. The archivist can go to the Rock Island commercial, and that's not what we do. We have a community of religious people that go out and they all purchase their own before that commercial hears a claim that was in that study. So, it's only a representation. The theory could do anything specifically. It could be flawlessly, but they're all circumstantial. They're all contradictions. If you look at a cartoon, if you read a cartoon, some of the authoritative characters, for instance, is a Christian. He's a Christian. Some of the characters are Christian. So, the community court is a lot of ways to proceed. Obviously, it's a theory where they say, it's a complex theory. It's an interpretation of religion. They have one that we're disputing. It's a personal understanding. It's an expertise. It's an archive. It's a place where they go, and you know, there are shown controversial statements. So, I'm going to read the first. You are in a very different situation. It involves a PhD student and an undergraduate career in the US, and you're a senior citizen, so you're still a PhD student now. You've been doing a career of all kinds, and you've been doing a career of all kinds, and so on. You've been doing a PhD while you were a senior, while you were a senior citizen, and so on. You are actively after a statement and think that might answer and say something specific about it. You are presenting a PhD statement for a short while, but you've got a career of the last year in the New York Intelligence Service. You've been to all these institutions, and you're just a newbie. You are having a very difficult condition of subservience. You don't see that as a serious person. You don't see that as a great person. You don't see that as a person who's subservient. And every single time you get subservient, you get subservient, but it's not a concern. You see that you do a little bit more than you would in the last year, and you're trying to prove to yourself that you've never performed a study by an agency to perform a higher consistency or a higher consistency, and you keep pulling back that and you're just all impressed with that. But you're appearing to be trying to do it in a more specific manner. They claim that they have different expectations for consistent performance but they believe this theory to perform function for themselves is a very different case to every Google consumer in this situation where Apple is very open from the start and has launched a set of theories with new and evolving technology. Theories have been perfect and you just can't stop. Theories have been perfect  They said it's like a watch and they can't stop. They said it's like a watch and they can't stop. It's actually true. It's true. It's true. Sheryl, do you want to talk about that more? Thank you. Well, I'm a person based PC that's quarantined and celebrate inside and are a Google consumer both of us and certain things will not be completed a question that I'm a person based PC that's quarantined and celebrate inside and are a Google consumer  and certain things will not be completed a question that I'm a person based PC that's quarantined inside and are a Google consumer and certain things will not be completed a question that I'm a person  PC    and are a Google consumer and certain things will not be completed a question that I'm a person based PC that's quarantine inside office I've mentioned customer advocates and counsel and advocates of course said reasonably consumer will not expect a promise of perfection in that case result of the reception of audio and video and the analogy and the representation of the specific number of channels within the law service to go forward and make the distinction between the statement about the clear reception versus the number of channels and the number of channels within the law service to go forward and make the distinction between the number of channels
judges: Silverman, Tallman, Lasnik